# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE MACK CAULEY

NO. 2019 KW 0950

SEP 3 0 2019

In Re:    Willie Mack Cauley, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 593185 & 593186.

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.** The records of the St. Tammany Parish Clerk's Office reflect that on April 22, 2019, a representative from the Slidell Police Department provided relator with the material requested in the subpoena duces tecum and the district court deemed the matter satisfied. Furthermore, it appears relator filed the "petition for writ of prohibition" in this court in the first instance. Because there is no indication that relator filed the petition in the district court, there is no district court ruling for this court to review.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT